1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLARENCE V. KNIGHT,                      No.  2:19-cv-1633 KJM KJN P

12                 Petitioner,

13        v.                                  ORDER

14   MARION E. SPEARMAN,

15                 Respondents.

16

17        Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 10, 2021, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty-one days.  Petitioner has filed

23   objections to the findings and recommendations.

24        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a *de novo* review of this case.  In particular the court has considered

26   petitioner's arguments that (1) the Board of Parole Hearings (BPH) scheduled an early parole

27   hearing before the 5-year denial of parole expired in order to beat the 2021 deadline to conduct a

28   Youth Offender Parole Hearing (YOPH), ECF No. 20 at 2:6-8, and (2) the magistrate judge's

                                              1

assertion that he brings claims based on his 2015 parole hearing or denial is mistaken, ECF No. 20 at 2:20-22.  Having carefully reviewed the file, the court finds the findings and recommendations do properly address these issues, and otherwise are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 10, 2021, are adopted in full;

2. Petitioner's motion for stay and abeyance (ECF No. 17) is denied;

3. Respondent's motion to dismiss (ECF No. 13) is granted;

4. This action is dismissed; and

5. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED:  September 29, 2021.

CHIEF UNITED STATES DISTRICT JUDGE